```
Kevin D. Reese (State Bar No. 172992)
Marina I. Garcia (State Bar No. 320507)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Kevin.Reese@jacksonlewis.com
E-mail: Marina.Garcia@jacksonlewis.com

Attorneys for Defendants
BRINKER INTERNATIONAL, INC.,
BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P., and BRINKER
RESTAURANT CORPORATION
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HALE, on behalf of herself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC., a Delaware corporation; BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Delaware limited partnership; BRINKER RESTAURANT CORPORATION, a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-09978-VC<br><br>**DEFENDANTS BRINKER INTERNATIONAL, INC., BRINKER INTERNATIONAL PAYROLL COMPANY, L.P. AND BRINKER RESTAURANT CORPORATION'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**<br><br>Complaint Filed: 11/18/2021<br>Trial Date: None set. |

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants BRINKER INTERNATIONAL, INC., BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., and BRINKER RESTAURANT CORPORATION ("Defendants") certify by and through their counsel of record, Jackson Lewis P.C., that Brinker International Payroll Company, L.P.'s 0.1% general partner is BIPC Management, LLC, a Delaware limited liability company, whose sole managing member is Brinker Restaurant Corporation ("BRC"), a Virginia corporation. Brinker

1  International Payroll Company, L.P.'s 99.9% limited partner is BIPC Investments, LLC, a
2  Delaware limited liability company, whose sole managing member also is BRC.  Brinker
3  International Payroll Company, L.P. is owned by entities that are wholly owned by BRC, which
4  is wholly owned by Brinker International, Inc.  Brinker International, Inc. is traded publicly on
5  the New York Stock Exchange (NYSE:EAT).  Based on currently available information, no
6  publicly held company holds 10% or more of Brinker International, Inc. stock, except for
7  BlackRock, Inc. and The Vanguard Group, Inc.

Dated: January 7, 2022                              JACKSON LEWIS P.C.

                                                By:  */s/ Marina I. Garcia*
                                                     Kevin D. Reese
                                                     Marina I. Garcia
                                                     Attorneys for Defendants
                                                     BRINKER INTERNATIONAL, INC.,
                                                     BRINKER INTERNATIONAL PAYROLL
                                                     COMPANY, L.P., and BRINKER
                                                     RESTAURANT CORPORATION

4879-3577-1400, v. 1