UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HALE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRINKER INTERNATIONAL, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 21-cv-09978-VC   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. For all future discovery-related disputes, the parties must comply with the Judge Cisneros's Standing Order, which is available on the Court's website at https://cand.uscourts.gov/lisa-j-cisneros/.

　　**IT IS SO ORDERED.**

Dated: December 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Lisa J. Cisneros
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge