Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
jose@setarehlaw.com
Tyson Gibb (SBN 339154)
tyson@setarehlaw.com
**SETAREH LAW GROUP**
420 North Camden Drive
Beverly Hills, California 90210
Tel:    (310) 888-7771
Fax:    (310) 888-0109

Attorneys for Plaintiffs,
AMANDA HALE and JESUS GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HALE and JESUS GOMEZ., on behalf of themselves and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>BRINKER INTERNATIONAL, INC., a Delaware corporation; BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Delaware limited partnership; BRINKER RESTAURANT CORPORATION, a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 3:21-cv-09978-VC<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM** |

Paul K. Haines
phaines@haineslawgroup.com
Fletcher W. Schmidt
fschmidt@haineslawgroup.com
Andrew J. Rowbotham
arowbotham@haineslawgroup.com
HAINES LAW GROUP
2155 Campus Dr., Suite 180
El Segundo, California 90245

Attorneys for Plaintiffs
AMANDA HALE and JESUS GOMEZ

SETAREH LAW GROUP
ATTORNEYS AT LAW
9665 WILSHIRE BOULEVARD, SUITE 430
BEVERLY HILLS, CALIFORNIA 90212
(310) 888-7771

## PROPOSED SPECIAL VERDICT FORM

In answering these questions, you are to follow all directions and instructions provided on this form.

We, the jury in the above-captioned case, answer the questions submitted to us as follows:

**Meal Period Verdict Form – Option 1[1] (Attestation Form Does Not Rebut Presumption of Violation)[2]**

We answer the questions submitted to us as follows:

1. **During the time period from November 18, 2017 through the [the date of class certification], did Plaintiffs and the Meal Period Class work for Brinker for one or more workdays for a period lasting longer than six hours?**

   Yes:_____          No:_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **During the time period from November 18, 2017 through the [the date of class certification], do Brinker's records show any missed meal periods for Plaintiffs and the Meal Period Class on workdays that lasted longer than six hours?**

   Yes:_____          No:_____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

///

///

---

[1] Plaintiffs are presenting two options for the Meal Period Verdict Form because Brinker has raised a class-wide defense that the attestation form for voluntarily skipping meal periods that Brinker used at clock-outs for non-exempt employees in California at the end of their shifts during the class period. If the Court finds that the attestation form fails to rebut the presumption raised by the timekeeping records showing no meal break was taken on a shift longer than six hours, then Option 1 will be the proposed special verdict form for the Meal Period claim. If the Court finds that the attestation form does rebut the presumption, then Option 2 will be the form proposed.

[2] Modeled after CACI No. VF-2707; CACI No. VF-2708.

**3. How many meal periods do the records show as missed on workdays that lasted longer than six hours?**

_____ meal periods

**4. For the workdays determined in question 3, what is the amount of pay owed?**

$_____

Signed: _____
          Foreperson

Dated: _____

[After this verdict form has/After all verdict forms have] been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.]

**Meal Period Verdict Form – Option 2[3] (Attestation Form Rebuts Presumption of Violation)[4]**

We answer the questions submitted to us as follows:

1. **During the time period from November 18, 2017 through the [the date of class certification], did Plaintiffs and the Meal Period Class work for Brinker for one or more workdays for a period lasting longer than six hours?**

    Yes:_____          No:_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **During the time period from November 18, 2017 through the [the date of class certification], do Brinker's records show any missed meal periods for Plaintiffs and the Meal Period Class on workdays that lasted longer than six hours?**

    Yes:_____          No:_____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **How many meal periods do the records show as missed on workdays that longer than six hours?**

    _____ meal periods

Answer question 4.

4. **For any meal period included in your answer to question 3, did Brinker prove they provided a meal period that complies with the law?**

    Yes:_____          No:_____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

---

[3] *See* fn. 1.

[4] Modeled after CACI No. VF-2707; CACI No. VF-2708.

**5. Considering by workday the meal periods determined in question 3, for how many workdays did Brinker fail to prove that they provided meal periods that comply with the law?**

\_\_\_\_\_ workdays

Answer Question 6.

**6. For the workdays determined in question 5, what is the amount of pay owed?**

$_____


Signed: _____
              Foreperson

Dated: _____

[After this verdict form has/After all verdict forms have] been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.]

**Rest Break Verdict Form[5]**

We answer the questions submitted to us as follows:

1. **During the time period from November 18, 2017 through the [the date of class certification], did Plaintiffs and Rest Break Class Members work for Brinker for one or more workdays for at least three and one-half hours?**

   Yes:_____          No:_____

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **For the time period from November 18, 2017 through the [the date of class certification], did Plaintiffs prove at least one rest break violation suffered by Plaintiffs and Rest Break Class Members?**

   Yes:_____          No:_____

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **During the time period from November 18, 2017 through the [the date of class certification], for Plaintiffs and Rest Break Class Members, on how many workdays did rest break violations occur?**

   _____ workdays

4. **What is the amount of pay owed to Plaintiffs and Rest Break Class Members?**

   $_____

   Signed: _____
        Foreperson

   Dated: _____

[After this verdict form has/After all verdict forms have] been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.]

---

[5] CACI No. VF-2706 ("Rest Break Violations")

**Cell Phone Reimbursement Verdict Form[6]**

We answer the questions submitted to us as follows:

1. **From November 18, 2017 through the [the date of class certification], did Plaintiffs and the Cell Phone Reimbursement Class, through the use of their personal cell phones, incur expenditures as a direct consequence of discharging their job duties/obeying the directions of Brinker?**

    Yes:_____          No:_____

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Were the expenditures necessary and reasonable?**

    Yes:_____          No:_____

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Brinker fail to reimburse Plaintiffs and the Cell Phone Reimbursement Class for the full amount of the expenditures?**

    Yes:_____          No:_____

4. **What is the amount of the expenditures that Brinker failed to compensate for Cell Phone Reimbursement Class members?**

    $_____


Signed: _____
             Foreperson

Dated: _____

---

[6] CACI No. 2750 ("Failure to Reimburse Employee for Necessary Expenditures or Losses—Essential Factual Elements")

[After this verdict form has/After all verdict forms have] been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.]

DATED: October 23, 2024                                    SETAREH LAW GROUP

*/s/ Jose Maria D. Patino, Jr.*
SHAUN SETAREH
JOSE MARIA D. PATINO, JR.
TYSON GIBB
Attorneys for Plaintiffs
AMANDA HALE and JESUS GOMEZ