Kevin D. Reese (State Bar No. 172992)
Andrew J. Mailhot (State Bar No. 238956)
Geoffrey R. Pittman (State Bar No. 253876)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Kevin.Reese@jacksonlewis.com
E-mail: Andrew.Mailhot@jacksonlewis.com
E-mail: Geoffrey.Pittman@jacksonlewis.com

Attorneys for Defendants
BRINKER INTERNATIONAL, INC.,
BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P., and BRINKER
RESTAURANT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HALE, on behalf of herself and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC., a Delaware corporation; BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Delaware limited partnership; BRINKER RESTAURANT CORPORATION, a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-09978-VC<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING BY DEFENDANTS**<br><br><br><br>Complaint Filed: 11/18/2021<br>Removal Filed: 12/23/2021<br>Trial Date: None set. |

**TO THE HONORABLE COURT, CLERK OF THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Defendants BRINKER INTERNATIONAL, INC., BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., and BRINKER RESTAURANT CORPORATION (collectively "Defendants"), by counsel and pursuant to Local Civil Rule 3-13, herby provide the instant Notice

of Other Action or Proceeding, as follows:

Defendants provide notice to Plaintiff and the Court of the following case which relate and/or have an impact on the current action and/or Plaintiffs' claims:

(1) *Bella Ava Jones Fernandez v. Brinker Restaurant Corp.*, *et al*, Los Angeles County Superior Court Case No. 23STCV14269. This putative class action lawsuit was filed by plaintiff Bella Ava Jones Fernandez against Defendants on June 20, 2023. Jones Fernandez is represented by Matern Law Group, PC, 1230 Rosecrans Avenue, Suite 200, Manhattan Beach, CA 90266, (310) 531-1900. Defendants file the instant Notice of Pendency in an abundance of caution because, although this matter is no longer a putative class action, named plaintiffs in this matter may be putative class members in the *Jones Fernandez* matter.

Dated: July 2, 2025                     JACKSON LEWIS P.C.

By: */s/ Andrew J. Mailhot*
Kevin D. Reese
Andrew J. Mailhot
Geoffrey R. Pittman

Attorneys for Defendants
BRINKER INTERNATIONAL, INC.,
BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P., and BRINKER
RESTAURANT CORPORATION

4903-6536-9170