Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
jose@setarehlaw.com
Tyson Gibb (SBN 339154)
tyson@setarehlaw.com
**SETAREH LAW GROUP**
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Tel: (310) 888-7771
Fax: (310) 888-0109

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiffs

[*additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HALE and JESUS GOMEZ., on behalf of themselves and all others similarly situated, and the general public,<br><br>*Plaintiff,*<br><br>vs.<br><br>BRINKER INTERNATIONAL, INC., a Delaware corporation; BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Delaware limited partnership; BRINKER RESTAURANT CORPORATION, a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants.* | Case No. 3:21-cv-09978-VC<br><br>[*Assigned for all purposes to the Honorable Vince Chhabria*]<br><br>**PLAINTIFF JESUS GOMEZ'S STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Pursuant to the Court's June 25, 2025 Order Denying Motion to Dismiss (Dkt. 143), Plaintiff Jesus Gomez ("Plaintiff") submits the following status report regarding his bankruptcy proceedings:

On June 13, 2025, the United States Bankruptcy Court for the Central District of California entered an order reopening Plaintiff's Chapter 7 bankruptcy case (Case No. 2:23-bk-13725-BB) to allow Plaintiff to amend his schedules and properly identify his claim in this litigation as a potential asset of the estate. On June 23, 2025, Elissa Miller was appointed as the Interim Chapter 7 Trustee in the reopened case. A meeting of creditors pursuant to 11 U.S.C. § 341(a) has been scheduled for July 28, 2025 at 10:00 a.m. via Zoom.

On June 30, 2025, Plaintiff filed amended Schedules A/B and C, listing his individual wage-and-hour claim against Brinker International Payroll Company, L.P. as an additional contingent asset. Plaintiff will continue to cooperate with the Trustee to ensure the claim is properly administered and will keep the Court informed of any further developments.

Dated: July 15, 2025

Respectfully submitted,
HAINES LAW GROUP, APC

By: _____
Andrew J. Rowbotham
Attorneys for Plaintiff